UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**BRENDA DREW**

    **Plaintiff**

    v.                                            C-10-907

**QUEST DIAGNOSTICS, INC.**

    **Defendant**

## ORDER OF DISMISSAL

Parties appeared before United States Magistrate Judge Stephanie Bowman for a Settlement Conference on August 9, 2012. Pursuant to the record established at said Conference, counsel has advised the Court that the above action has been settled as to all claims;

**IT IS THEREFORE ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, reopen the action if settlement is not consummated.

Parties are advised that the Final Pretrial Conference of August 16, 2012 and the Trial date of August 27, 2012 are VACATED.

**IT IS SO ORDERED.**

    s/Herman J. Weber

Herman J. Weber, Senior Judge

United States District Court